**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CSP LAC, *et al.*,<br><br>　　　　　Defendants. | Case No. LA CV 12-10727 VAP (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), the Magistrate Judge's Report and Recommendation ("R&R"), Plaintiff's Objections to the R&R ("Objections"), and the remaining record, and has made a *de novo* determination.

　　　　Plaintiff's Objections generally reiterate the allegations set forth in the SAC, and lack merit for the reasons explained in the R&R. There is one issue, however, that warrants brief amplification here.

　　　　In his Objections, Plaintiff alleges that – as a result of his prison disciplinary hearing – *not only* was he placed in the Security Housing Unit, *but also* he lost certain good-time credits. (Objections at 6.) As a result of this additional deprivation, Plaintiff argues that, under *Wolff v. McDonnell*, 418 U.S. 539 (1974), he was entitled

1

to greater due process protections than those initially contemplated by the Magistrate Judge. (*Id.* at 10.)

However, after a review of the record, the Court finds that – even under a higher due process standard – Plaintiff's hearing still appears constitutionally sufficient. (*See* R&R at 8-9; SAC at 83); *see also Wolff*, 418 U.S. at 553-72.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing all of Plaintiff's claims – except for the May 17, 2012 excessive force claim – with prejudice and without leave to amend;
3. Judgment be entered dismissing this action with prejudice as against Defendants CSP LAC, Chief M.D. Paulette Finander, and Lt. C. Hughes;
4. The Clerk serve copies of this Order and the Judgment on the parties; and
5. The Magistrate Judge order service of the SAC, the R&R, this Order, and the Judgment upon Defendants C.O. Uribe and the CDCR.

DATED: April 22, 2016

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2