# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED, <br>     Plaintiff, <br>   v. <br> CSP LAC, *et al.*, <br>     Defendants. | Case No. LA CV 12-10727 VAP (JCG) <br><br> **JUDGMENT** |

For the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation, IT IS ADJUDGED that:

1. All of Plaintiff's claims, except for the May 17, 2012 excessive force claim, are **DISMISSED WITH PREJUDICE** and without leave to amend;
2. This action is **DISMISSED WITH PREJUDICE** as against Defendants CSP LAC, Chief M.D. Paulette Finander, and Lt. C. Hughes.

DATED: April 22, 2016

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE