

FILED
CLERK, U.S. DISTRICT COURT
November 17, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>            Plaintiff,<br><br>    v.<br><br>CSP-LAC, et al.,<br><br>            Defendants. | Case No. CV 12-10727-SB (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

   **IT IS ORDERED** that Defendant Uribe's Motion for Summary Judgment is DENIED; and Defendant Uribe's Request for Judicial Notice is granted as limited in the Report and Recommendation.

//

//

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: November 17, 2020.

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

2