JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>     Plaintiff,<br><br>v.<br><br>CSP LAC et al.,<br><br>     Defendants. | Case No. 2:12-cv-10727-SB-AS<br><br><br>FINAL JUDGMENT |

     For the reasons set forth in the April 22, 2016 order and judgment dismissing all of Plaintiff Mychal Andra Reed's claims except his excessive force claim, the November 30, 2017 order dismissing Plaintiff's damages claims against Defendant CDCR and his claims for injunctive relief, the June 6, 2018 order dismissing Plaintiff's remaining claims except for his excessive force claim against Defendant Sal Uribe, and the separate order entered this day dismissing Plaintiff's remaining claim with prejudice for lack of prosecution, it is hereby ordered, adjudged, and decreed that Plaintiff's claims against all Defendants are DISMISSED in their entirety with prejudice.

     This is a Final Judgment.


Date: November 3, 2022

                                  _____
                                   Stanley Blumenfeld, Jr.
                               United States District Judge